UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| Emily Brodsky | : | Case No.: |
| Plaintiff | : | |
| v. | : | **COMPLAINT** |
| Unum Life Insurance Company of America, | : | |
| Defendant | : | |

Plaintiff, Emily Brodsky, for her Complaint against Defendant Unum Life Insurance Company of America ("Unum") states as follows:

1. Ms. Brodsky is an individual who resides in Greensboro Bend, Vermont and who is or was a participant in a long-term disability plan (the "Plan") sponsored by her former employer, Sterling College.

2. The Plan is funded through a group long term disability insurance policy Unum issued to Sterling College. (the "Policy").

3. Unum is the claim administrator for the Plan for the purpose of benefit determinations made pursuant to the Policy.

4. Unum is a domestic company located in Chattanooga, Tennessee.

5. Unum has a branch office in Portland, Maine.

6. Ms. Brodsky brings this action to recover benefits under the Plan and Policy.

7. Ms. Brodsky brings this action under the Employee Retirement Income Security Act ("ERISA") 502(a)(1)(B) and to recover benefits under the Plan and Policy. This Court has

subject matter jurisdiction over this action, and it may assert personal jurisdiction over Unum because, per ERISA 502(e), Unum resides in this District.

## Claim for Relief

8. The Policy provides that Unum will pay long term disability benefits to participants who are participants under the Plan.

9. Under the Policy, disability is defined as follows:

    You are disabled when Unum determines that:

    - you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury; and
    - you have a 20% or more loss in your indexed monthly earnings due to the same sickness or injury.

    MATERIAL AND SUBSTANTIAL DUTIES mean duties that:

    - are normally required for the performance of your regular occupation; and
    - cannot be reasonably omitted or modified.

    REGULAR OCCUPATION means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

10. Ms. Brodsky stopped working on March 30, 2022, due to the following conditions: Ehlers Danlos Syndrome and symptoms of chronic pain with concurrent sympathetic nervous system over activity affecting brain fog, weakness, instability, fatigue, and gastrointestinal flares.

11. Ms. Brodsky became disabled under the policy on or about August 12, 2022.

12. Ms. Brodsky timely submitted a claim for long term disability benefits to Unum.

13. Subsequently, Unum denied Ms. Brodsky's claim for long-term disability benefits. Specifically, Unum determined Ms. Brodsky was not precluded from performing the duties of her regular occupation and therefore was not disabled according to the Policy.

14. Ms. Brodsky timely appealed this decision.

15. By letter dated September 29, 2023, Unum upheld its denial of Ms. Brodsky's disability benefits.

16. Ms. Brodsky exhausted her conditions precedent under the Policy and Plan.

17. As a result of the foregoing, Ms. Brodsky suffered a loss in the form of unpaid benefits.

18. Ms. Brodsky is entitled to a judgment against Unum in the amount of the unpaid long term disability benefits under the Policy and Plan.

19. Ms. Brodsky is also entitled to prejudgment interest and an award of attorney's fees in an amount to be proven.

WHEREFORE, Plaintiff, Ms. Brodsky, requests the Court grant her the following relief from Defendant Unum:

    a. A judgment in the amount of all benefits due under the Plan/Policy plus prejudgment interest;

    b. An order reinstating her benefits and ordering that they be paid through coverage under the Plan and Policy.

    c. Her costs and attorney's fees; and

      d. All other relief the Court may deem proper.

Dated: November 10, 2023

/s/ Meghan E. Connelly
Meghan E. Connelly
DAVIS LAW LLC
PO Box 17887
Portland, Maine 04011
meghan@erisabenefitlawyer.com